MATTIE E. KELVEY et al., complainants-respondents,

*v.*

SAMUEL P. TULL, trustee, defendant-appellant.

[Submitted October 25th, 1935. Decided January 31st, 1936.]

538

*Messrs. Potter & Fisher,* for the appellant.

*Mr. Ernest Glickman* and *Mr. Philip Wendkos,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Davis.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.